UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John Maurice Henoud, | ) C/A No. 4:13-1308-MGL-TER |
| Petitioner, | ) |
| | ) ORDER |
| vs. | ) |
| Warden, FCI-Bennettsville, | ) |
| Respondent. | ) |

This is an action seeking habeas corpus relief under 28 U.S.C. § 2241. Petitioner is a prisoner. Therefore, in the event that a limitations issue arises, Petitioner shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By Order dated August 14, 2013, Petitioner was given a specific time frame in which to bring this case into proper form. ECF No. 19. Petitioner has complied with the Court's Order, and this case is now in proper form.

**MOTION TO TRANSFER PLEADINGS:**

As stated in the Report and Recommendation issued contemporaneously with this Order, it is recommended that the District Court granted the Motion to Transfer Pleadings

**PAYMENT OF THE FILING FEE**:

Petitioner paid the full filing fee (Receipt No. SCX400009019).

**TO THE CLERK OF COURT:**

The Clerk of Court shall not serve the § 2241 Petition on Respondent because it is subject to transfer to the Eastern District of North Carolina for further processing as stated in the Report and Recommendation issued contemporaneously with this Order.

**IT IS SO ORDERED.**

s/Thomas E. Rogers, III  
Thomas E. Rogers, III  
United States Magistrate Judge

October 11, 2013  
Florence, South Carolina